UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES - SENTENCING

Eastern District of Kentucky
FILED
AUG 23 2006
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

<u>LONDON</u>

Case No. <u>05-CR66-KKC</u>   At: <u>London</u>   Date: <u>August 22, 2006</u>

USA vs <u>BILLY ROLAND PHILLIPS</u>   <u>X</u> present  <u>X</u> custody  ___ bond  ___ OR   AGE ___

---

**DOCKET ENTRY:** The court adopts the Pre-Sentence Report as prepared by the United States Probation Office as its findings. PSR shall be maintained under seal. United States' oral motion to dismiss 6:06-MJ-6030-JBJ is GRANTED. A separate order shall enter in that case.

---

PRESENT:   HON. <u>Karen Caldwell</u>, JUDGE
                         KAREN K. CALDWELL

| <u>Michelle Sliter</u> | <u>Rhonda Sansom</u> | <u>Gregory Ousley</u> |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Defendant: <u>Stephan Charles</u>   <u>X</u> present  <u>X</u> retained  ___ appointed

PROCEEDINGS: SENTENCING

<u>X</u>   For the reasons as stated on the record, objections to Presentence Report are <u>OVERRULED.</u>

___   No objections to Presentence Report.

___   The Court Reporter shall transcribe the proceeding of the hearing on the Objections to the Presentence Report and file same in the record.

<u>X</u>   The transcript shall be deemed as the written findings of the Court.

<u>X</u>   Judgment shall be entered (See Judgment & Commitment.)

___   Defendant to remain on bond with the previous conditions of release.

<u>X</u>   Defendant remanded to the custody of the United States Marshal.

Copies: U.S. Attorney
        Probation
        Stephan Charles

Initials of Deputy Clerk <u>MRS</u>

TIC: 30 minutes